UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA                     CASE NO. 06-mj-0005 CMK

vs.                                          ORDER TO PAY

DANIEL J. HANCOCK

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

Count I    Fine: $ 1,000.00        Assessment: $ 10.00
Count II   Fine: $                 Assessment: $
Count III  Fine: $                 Assessment: $
Count IV   Fine: $                 Assessment: $
Count V    Fine: $                 Assessment: $

( X )   FINE TOTAL OF $1,000.00 and a penalty assessment of $10.00, payable in monthly installments of $100.00 per month beginning January 1, 2007, and continuing on the first day of each month thereafter until paid in full.

Counts II and III are dismissed.

(  )    RESTITUTION OF $_____.

( X )   PROBATION to be unsupervised for a period of twelve (12) months. Probation to terminate upon payment in full of all financial conditions imposed hereunder.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to Clerk, USDC, 501 I Street, Sacramento, CA 95814.

Your check or money order must indicate your name and case number.

DATED:  December 6, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE